IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| TYRONE NUNN, SR., )<br>                                )<br>    Petitioner,         )<br>                                )<br>    v.                         )<br>                                )<br>UNITED STATES OF AMERICA, )<br>                                )<br>    Respondent.        ) | CIVIL ACTION NO.<br>3:16cv925-MHT<br>(WO) |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is ORDERED, ADJUDGED, AND DECREED that the "Petition for Writ of Habeas Corpus" (doc. no. 2.) is dismissed for lack of jurisdiction. No costs are taxed.

This case is closed.

DONE, this the 8th day of December, 2016.

                                                  /s/ Myron H. Thompson
                                              **UNITED STATES DISTRICT JUDGE**